668-15

COA # 08-13-00105-CR      OFFENSE: 21.11

STYLE: Richard Lee Sherman v. The State of Texas      COUNTY: Wise

COA DISPOSITION: AFFIRMED      TRIAL COURT: 271st District Court

DATE: 4/30/15      Publish: NO  TC CASE #: CR16082

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Richard Lee Sherman v. The State of Texas      CCA #: 

_APPELLANT'S_ Petition      CCA Disposition: **668-15**

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: 

_REFUSED_      JUDGE: 

DATE: 08/26/2015      SIGNED: _____ PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: 

JUDGE: